GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gordonsilver.com
TERESA M. KRPATA, ESQ.
Nevada Bar No. 9605
E-mail: tkrpata@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Plaintiff Lisa Poulin, Trustee for
USA Investment Partners, LLC

E-FILED ON ___1/4/10___

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA INVESTMENT PARTNERS, LLC<br><br>Debtor. | Case No.: 07-11821-LBR<br>Chapter 11<br><br>Adv. No.: 09-01251-LBR |
| LISA M. POULIN, the Chapter 11 trustee of<br>USA Investment Partners, LLC<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY E. FROMBERG, d/b/a THE LAW<br>OFFICES OF JEFFREY E. FROMBERG<br><br>Defendant. | **FIFTH STIPULATION EXTENDING DEADLINE TO FILE ANSWER TO COMPLAINT**<br><br>Scheduling Conference<br><br>Date: February 5, 2010<br>Time: 9:30 a.m. |

IT IS HEREBY STIPULATED and AGREED, by and between Lisa M. Poulin ("Trustee"), the Chapter 11 trustee for USA Investment Partners, LLC ("USAIP"), by and through her counsel, the law firm of Gordon Silver, and Jeffrey E. Fromberg d/b/a The Law Offices of Jeffrey E. Fromberg ("Defendant," and together with Trustee, the "Parties"), by and through his counsel, the law firm of Best Best & Krieger as follows:

WHEREAS Trustee has sought the avoidance and recovery of certain transfers tendered by USAIP to Defendant in the amount of $252,898.33 pursuant to, *inter alia*, 11 U.S.C. §§

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101202-042/818683.doc

1. 548(a)(1) and/or 544(b)(the "Transfers"); and

2. WHEREAS Trustee and Defendant are currently involved in settlement negotiations; and

3. WHEREAS to preclude the unnecessary incurrence of fees and costs while settlement negotiations are pending, Trustee has agreed to allow Defendant a fifth extension of the deadline to file his answer in the above-captioned adversary proceeding; and

6. WHEREAS such extension will not require a continuance of the Scheduling Conference set by the Court for February 5, 2010.

8. NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

9. 1. Defendant shall have up to and including January 19, 2010 to file his Answer in the above-referenced adversary proceeding.

11. DATED this __31st__ day of December, 2009.

GORDON SILVER

By: _____
GREGORY E. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
TERESA M. KRPATA, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Lisa Poulin, Trustee for
USA Investment Partners, LLC

BEST BEST & KRIEGER

By: _____
MICHAEL THOMAS, ESQ.
3750 University Avenue, Suite 400
Riverside, California 92505-1028
Attorneys for Jeffrey E. Fromberg d/b/a
The Law Offices of Jeffrey E. Fromberg

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101202-042/Fifth Stip Extending DDL to File Answer to Complaint

2

548(a)(1) and/or 544(b)(the "Transfers"); and

WHEREAS Trustee and Defendant are currently involved in settlement negotiations; and

WHEREAS to preclude the unnecessary incurrence of fees and costs while settlement negotiations are pending, Trustee has agreed to allow Defendant a fifth extension of the deadline to file his answer in the above-captioned adversary proceeding; and

WHEREAS such extension will not require a continuance of the Scheduling Conference set by the Court for February 5, 2010.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Defendant shall have up to and including January 19, 2010 to file his Answer in the above-referenced adversary proceeding.

DATED this ___31___ day of December, 2009.

| GORDON SILVER | BEST BEST & KRIEGER |
|---|---|
| By: /s/ Teresa Krpata<br>GREGORY E. GARMAN, ESQ.<br>TALITHA B. GRAY, ESQ.<br>TERESA M. KRPATA, ESQ.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Lisa Poulin, Trustee for<br>USA Investment Partners, LLC | By: _____<br>MICHAEL THOMAS, ESQ.<br>3750 University Avenue, Suite 400<br>Riverside, California 92505-1028<br>Attorneys for Jeffrey E. Fromberg d/b/a<br>The Law Offices of Jeffrey E. Fromberg |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101202-042/818683

2